Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ANDREWS,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE DEPT. OF HUMAN RESOURCES, STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 3:07-CV-00336-LRH-RAM<br><br>**STIPULATION & ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

    Defendants, Michael Willden, Vicki Pratt and the State of Nevada Department of Health and Human Services, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Trina M. Dahlin, Deputy Attorney General, and Plaintiff Angela Andrews, by and through counsel, Hager & Hearne, Treva J. Hearne, Esq., stipulate and agree, subject to court approval, that Defendants may be granted a five (5) day extension of time, through and including June 25, 2008, in which to file their Reply in Support of Motion For Summary Judgment.

    The Reply in Support of Motion For Summary Judgment is currently due to be filed June 20, 2008. The request for extension of time is due to the unavailability of a witness until

////

////

1

1  June 23, 2008.  This request is not made for any dilatory or delaying reason.

2  DATED this 19th day of June, 2008.

3  CATHERINE CORTEZ MASTO
   Attorney General
4

5  By: /s/ Trina M. Dahlin

6  Trina M. Dahlin, Deputy Attorney General
   *Attorneys for Defendants*

7  DATED this 19th day of June, 2008.

8  HAGER & HEARNE

9

10  By: /s/ Treva J. Hearne
    Treva J. Hearne, Esq.
11  *Attorney for Plaintiff*

15  **IT IS SO ORDERED**

18  _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

    DATED:  June 20, 2008